IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUAN CONCEPCION,** : | |
| : | Civ. No. 1:11-cv-2225 |
| Petitioner, : | |
| : | |
| v. : | |
| : | **Judge Rambo** |
| **DAVID VARANO,** : | |
| : | **Magistrate Judge Mehalchick** |
| Respondent. : | |

# O R D E R

**AND NOW**, this 14th day of June, 2016, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. The report and recommendation of the magistrate judge (Doc. 44) is **ADOPTED**;

2. Concepcion's first (Sixth Amendment speedy trial claim), second (constitutional excessive sentence claim), and fifth through seventh (ineffective assistance claims) grounds for relief each is **DENIED** as procedurally defaulted;

3. Concepcion's third (constitutional double jeopardy claim) and fourth (venue claim) grounds for relief shall proceed on the merits;

4. This case is remanded for further proceedings with respect to Concepcion's claims that have been properly exhausted.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge