IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUAN CONCEPCION,** | : | Civil No. 1:11-cv-2225 |
| Petitioner, | : | |
| v. | : | |
| **DAVID VARANO,** | : | |
| Respondent. | : | Judge Sylvia H. Rambo |

# **O R D E R**

**AND NOW**, this 30th day of November, 2017, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation (Doc. 54) of the magistrate judge is **ADOPTED**.

2) The remaining grounds three and four in the federal habeas petition (Doc. 1) are **DENIED** and **DISMISSED WITH PREJUDICE**.

3) The court declines to issue a certificate of appealability as such would be frivolous and without merit because Concepcion has failed to demonstrate a substantial showing of a denial of a constitutional right.

4) The clerk of court shall close this case.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge